**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Steven E. Keffer** | Social Security number or ITIN  **xxx–xx–9316** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Julie A. Keffer** | Social Security number or ITIN  **xxx–xx–2883** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | Date case filed for chapter  **13**   **4/16/19** |
| Case number: | **19–21546–CMB** | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case    12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | Debtor's full name | Steven E. Keffer | Julie A. Keffer |
| 2. | All other names used in the last 8 years | | aka Julie A. Liberoni |
| 3. | Address | 1355 Main St.<br>Latrobe, PA 15650 | 1355 Main St.<br>Latrobe, PA 15650 |
| 4. | **Debtor's attorney**<br>Name and address | Abagale E. Steidl<br>Steidl & Steinberg<br>707 Grant Street<br>28th Floor – Gulf Tower<br>Pittsburgh, PA 15219 | Contact phone 412–391–8000<br><br>Email: asteidl@steidl–steinberg.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Contact phone 412–471–5566<br><br>Email: cmecf@chapter13trusteewdpa.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Hours open:<br>Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m.<br><br>Contact phone 412–644–2700<br><br>Date: 4/22/19 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **May 20, 2019 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 7/19/19** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 6/25/19** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 10/15/19** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan is enclosed. The hearing on confirmation will be held on:<br>**5/20/19** at **10:00 AM** , Location: **3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 19-21546-CMB
Steven E. Keffer                                                    Chapter 13
Julie A. Keffer
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2         User: bsil              Page 1 of 3           Date Rcvd: Apr 22, 2019
                             Form ID: 309I           Total Noticed: 71

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 24, 2019.
```
db/jdb         +Steven E. Keffer,   Julie A. Keffer,   1355 Main St.,   Latrobe, PA 15650-2261
tr             +Ronda J. Winnecour,   Suite 3250, USX Tower,   600 Grant Street,   Pittsburgh, PA 15219-2702
15034578       +American Credit Financial,   PO Box 23,   Norcross, GA 30091-0023
15034582      ++CAINE & WEINER COMPANY,   12005 FORD ROAD 300,   DALLAS TX 75234-7262
                (address filed with court: Caine & Weiner,   Po Box 55848,   Sherman Oaks, CA 91413)
15034591       +CBCS,   PO Box 2724,   Columbus, OH 43216-2724
15034584       +Caine & Weiner,   Attn: Bankruptcy,   5805 Sepulveda Blvd,   Sherman Oaks, CA 91411-2546
15034594       +Client Services,   3451 Harry S. Truman Blvd,   Saint Charles, MO 63301-9816
15034596       +Court of Common Pleas of Westmoreland Co,   2 N Main St,   Mezzanine, Room 3,
                 Greensburg, PA 15601-2405
15034598       +Credit Acceptance,   25505 West 12 Mile Rd,   Suite 3000,   Southfield, MI 48034-8331
15034597       +Credit Acceptance,   Po Box 5070,   Southfield, MI 48086-5070
15034601        Credit One Bank,   PO Box 2856,   Chesapeake, VA 23327-2856
15034603        Ditech Financial, LLC,   PO Box 15009,   Tempe, AZ 85284-0109
15034605        Everest Receivable Svcs,   Matrix Credit Card,   2351 N. Forest Road, Suite 100,
                 Getzville, NY 14068-9902
15034606        Excela Health Medial Group,   PO Box 645189,   Pittsburgh, PA 15264-5189
15034607        Excela Health Medical Group,   PO Box 645189,   Pittsburgh, PA 15264-5189
15034610       +First National Bank/Legacy,   500 East 60th St North,   Sioux Falls, SD 57104-0478
15034611       +First National Bank/Legacy,   Attn: Bankruptcy,   Po Box 5097,   Sioux Falls, SD 57117-5097
15034618       +Fnb Omaha,   1620 Dodge St,   Omaha, NE 68197-0003
15034619        Hanger Clinic,   62857 Collection Center Drive,   Chicago, IL 60693-0628
15034620        Indiana Healthcare Physician Services,   640 Kolter Drive,   Indiana, PA 15701-3570
15034631       +MidAmerica Bank & Trust Company,   5109 S Broadband Lane,   Sioux Falls, SD 57108-2208
15034634       +MidAmerica Bank & Trust Company,   Attn: Bankruptcy,   216 West Second St,
                 Dixon, MO 65459-8048
15034637       +Peoples Natural Gas,   P.O. Box 644760,   Pittsburgh, PA 15264-4760
15034638       +Phillips & Cohen,   1002 Justison Street,   Wilmington, DE 19801-5148
15034643       +Radius Global Solutions,   PO Box 390916,   Minneapolis, MN 55439-0911
15034644      #+Ratchford Law Group,   409 Lackawanna Avenue, Suite 320,   Scranton, PA 18503-2059
15034655       +US Department of Education/Great Lakes,   2401 International Lane,   Madison, WI 53704-3121
15034656       +US Department of Education/Great Lakes,   Attn: Bankruptcy,   Po Box 7860,
                 Madison, WI 53707-7860
15034657        Weltman, Weinberg & Reis,   436 Seventh Avenue, Suite 2500,   Koppers Building,
                 Pittsburgh, PA 15219-1842
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             E-mail/Text: asteidl@steidl-steinberg.com Apr 23 2019 02:47:20     Abagale E. Steidl,
                 Steidl & Steinberg,   707 Grant Street,   28th Floor - Gulf Tower,   Pittsburgh, PA  15219
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 23 2019 02:48:02     Pennsylvania Dept. of Revenue,
                 Department 280946,   P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
ust            +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Apr 23 2019 02:48:23
                 Office of the United States Trustee,   Liberty Center.,   1001 Liberty Avenue, Suite 970,
                 Pittsburgh, PA 15222-3721
cr             +EDI: AISACG.COM Apr 23 2019 06:28:00      Capital One Auto Finance, a division of Capital On,
                 4515 N Santa Fe Ave. Dept. APS,   Oklahoma City, OK 73118-7901
cr             +EDI: PRA.COM Apr 23 2019 06:28:00      PRA Receivables Management, LLC,   PO Box 41021,
                 Norfolk, VA 23541-1021
15034577        E-mail/Text: kristin.villneauve@allianceoneinc.com Apr 23 2019 02:47:32     Alliance One,
                 PO Box 3110,   Southeastern, PA 19398-3110
15034579       +E-mail/Text: bk@avant.com Apr 23 2019 02:48:57     Avant, LLC,
                 222 N. LaSalle Street, Suite 1700,   Chicago, IL 60601-1101
15034581       +EDI: TSYS2.COM Apr 23 2019 06:28:00      Barclays Bank Delaware,   Attn: Correspondence,
                 Po Box 8801,   Wilmington, DE 19899-8801
15034580       +EDI: TSYS2.COM Apr 23 2019 06:28:00      Barclays Bank Delaware,   Po Box 8803,
                 Wilmington, DE 19899-8803
15034586        EDI: CAPITALONE.COM Apr 23 2019 06:28:00      Capital One,   15000 Capital One Dr,
                 Richmond, VA 23238
15034593       +EDI: CKSFINANCIAL.COM Apr 23 2019 06:28:00      CKS Financial,   PO Box 2856,
                 Chesapeake, VA 23327-2856
15034588       +EDI: CAPITALONE.COM Apr 23 2019 06:28:00      Capital One,   Attn: Bankruptcy,   Po Box 30285,
                 Salt Lake City, UT 84130-0285
15034590       +EDI: PRA.COM Apr 23 2019 06:28:00      Capital One Bank,   c/o Portfolio Recovery,
                 120 Corporate Blvd Ste 100,   Norfolk, VA 23502-4952
15034595       +EDI: MID8.COM Apr 23 2019 06:28:00      Comenity Capital Bank,   c/o Midland Funding,
                 2365 Northside Dr Ste 30,   San Diego, CA 92108-2709
15034599       +EDI: CRFRSTNA.COM Apr 23 2019 06:28:00      Credit First National Association,
                 6275 Eastland Rd,   Brookpark, OH 44142-1399
15034600       +EDI: CRFRSTNA.COM Apr 23 2019 06:28:00      Credit First National Association,
                 Attn: Bankruptcy,   Po Box 81315,   Cleveland, OH 44181-0315
15034602        EDI: DISCOVER.COM Apr 23 2019 06:28:00      Discover Financial,   Po Box 15316,
                 Wilmington, DE 19850
```

```
District/off: 0315-2          User: bsil                    Page 2 of 3                   Date Rcvd: Apr 22, 2019
                              Form ID: 309I                 Total Noticed: 71


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
15034604          EDI: DCI.COM Apr 23 2019 06:28:00      Diversified Consultants, Inc.,    P.O. Box 551268,
                   Jacksonville, FL 32255-1268
15034608         +E-mail/Text: data_processing@fin-rec.com Apr 23 2019 02:47:47       Financial Recovery Services,
                   PO Box 4115,   Concord, CA 94524-4115
15034609         +EDI: JEFFERSONCAP.COM Apr 23 2019 06:28:00      Fingerhut Advantage,
                   c/o Jefferson Capital Systems, LLC,   16 Mceland Rd,   Saint Cloud, MN 56303-2198
15034612         +EDI: AMINFOFP.COM Apr 23 2019 06:28:00      First Premier Bank,    3820 N Louise Ave,
                   Sioux Falls, SD 57107-0145
15034615         +EDI: AMINFOFP.COM Apr 23 2019 06:28:00      First Premier Bank,    Attn: Bankruptcy,
                   Po Box 5524,   Sioux Falls, SD 57117-5524
15034621          EDI: JEFFERSONCAP.COM Apr 23 2019 06:28:00      Jefferson Capital Systems, LLC,    Po Box 1999,
                   Saint Cloud, MN 56302
15034624         +EDI: CBSKOHLS.COM Apr 23 2019 06:28:00      Kohls/Capital One,    Kohls Credit,    Po Box 3120,
                   Milwaukee, WI 53201-3120
15034624         +E-mail/Text: bncnotices@becket-lee.com Apr 23 2019 02:47:38       Kohls/Capital One,
                   Kohls Credit,    Po Box 3120,   Milwaukee, WI 53201-3120
15034622         +EDI: CBSKOHLS.COM Apr 23 2019 06:28:00      Kohls/Capital One,    N56 W 17000 Ridgewood Dr,
                   Menomonee Falls, WI 53051-5660
15034622         +E-mail/Text: bncnotices@becket-lee.com Apr 23 2019 02:47:38       Kohls/Capital One,
                   N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-5660
15034627         +EDI: RESURGENT.COM Apr 23 2019 06:28:00      LVNV Funding/Resurgent Capital,    Attn: Bankruptcy,
                   Po Box 10497,   Greenville, SC 29603-0497
15034626         +EDI: RESURGENT.COM Apr 23 2019 06:28:00      LVNV Funding/Resurgent Capital,    Po Box 1269,
                   Greenville, SC 29602-1269
15034630         +EDI: MERRICKBANK.COM Apr 23 2019 06:28:00      Merrick Bank/CardWorks,    Attn: Bankruptcy,
                   Po Box 9201,   Old Bethpage, NY 11804-9001
15034628         +EDI: MERRICKBANK.COM Apr 23 2019 06:28:00      Merrick Bank/CardWorks,    Po Box 9201,
                   Old Bethpage, NY 11804-9001
15034639          EDI: PRA.COM Apr 23 2019 06:28:00      Portfolio Recovery,    120 Corporate Blvd Ste 100,
                   Norfolk, VA 23502
15034640         +EDI: PRA.COM Apr 23 2019 06:28:00      Portfolio Recovery,    Po Box 41021,
                   Norfolk, VA 23541-1021
15034645         +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Apr 23 2019 03:04:19       Regional Acceptance Corp,
                   4770 Duke Dr,   Mason, OH 45040-9010
15034646         +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Apr 23 2019 03:04:19       Regional Acceptance Corp,
                   Attn: Bankruptcy,    1424 E Fire Tower Rd,   Greenville, NC 27858-4105
15034648         +EDI: PRA.COM Apr 23 2019 06:28:00      SYNCB/Walmart,    c/o Portfolio Recovery,
                   120 Corporate Blvd Ste 100,    Norfolk, VA 23502-4952
15034647         +EDI: CBS7AVE Apr 23 2019 06:28:00      Seventh Avenue,    1112 Seventh Avenue,
                   Monroe, WI 53566-1364
15035158         +EDI: RMSC.COM Apr 23 2019 06:28:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                   PO Box 41021,   Norfolk, VA 23541-1021
15034649         +EDI: MID8.COM Apr 23 2019 06:28:00      Synchrony Bank,    c/o Midland Funding,
                   2365 Northside Dr Ste 30,    San Diego, CA 92108-2709
15034652         +EDI: WTRRNBANK.COM Apr 23 2019 06:28:00      Target,    Attn: Bankruptcy,    Po Box 9475,
                   Minneapolis, MN 55440-9475
15034650         +EDI: WTRRNBANK.COM Apr 23 2019 06:28:00      Target,    Po Box 673,   Minneapolis, MN 55440-0673
15034654         +E-mail/Text: media@trueaccord.com Apr 23 2019 02:49:28       True Accord,
                   303 Second Street, Suite 750,    South Tower,   San Francisco, CA 94107-1366
15034658          E-mail/Text: bankruptcy@firstenergycorp.com Apr 23 2019 02:48:28       West Penn Power,
                   PO Box 3687,   Akron, OH 44309-3687
15034659         +E-mail/Text: admin@rosebudlending.com Apr 23 2019 02:49:17       ZocaLoans,    PO Box 1147,
                   Mission, SD 57555-1147
                                                                                               TOTAL: 44

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15034583*       ++CAINE & WEINER COMPANY,    12005 FORD ROAD 300,    DALLAS TX 75234-7262
                 (address filed with court:   Caine & Weiner,    Po Box 55848,    Sherman Oaks, CA 91413)
15034587*       ++CAPITAL ONE,    PO BOX 30285,   SALT LAKE CITY UT 84130-0285
                 (address filed with court:   Capital One,    15000 Capital One Dr,    Richmond, VA 23238)
15034592*        +CBCS,   PO Box 2724,   Columbus, OH 43216-2724
15034585*        +Caine & Weiner,    Attn: Bankruptcy,   5805 Sepulveda Blvd,    Sherman Oaks, CA 91411-2546
15034589*        +Capital One,    Attn: Bankruptcy,   Po Box 30285,    Salt Lake City, UT 84130-0285
15034613*        +First Premier Bank,    3820 N Louise Ave,   Sioux Falls, SD 57107-0145
15034614*        +First Premier Bank,    3820 N Louise Ave,   Sioux Falls, SD 57107-0145
15034616*        +First Premier Bank,    Attn: Bankruptcy,   Po Box 5524,    Sioux Falls, SD 57117-5524
15034617*        +First Premier Bank,    Attn: Bankruptcy,   Po Box 5524,    Sioux Falls, SD 57117-5524
15034625*        +Kohls/Capital One,    Kohls Credit,   Po Box 3120,    Milwaukee, WI 53201-3120
15034623*        +Kohls/Capital One,    N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-5660
15034629*        +Merrick Bank/CardWorks,    Po Box 9201,   Old Bethpage, NY 11804-9001
15034632*        +MidAmerica Bank & Trust Company,    5109 S Broadband Lane,    Sioux Falls, SD 57108-2208
15034633*        +MidAmerica Bank & Trust Company,    5109 S Broadband Lane,    Sioux Falls, SD 57108-2208
15034635*        +MidAmerica Bank & Trust Company,    Attn: Bankruptcy,    216 West Second St,
                   Dixon, MO 65459-8048
15034636*        +MidAmerica Bank & Trust Company,    Attn: Bankruptcy,    216 West Second St,
                   Dixon, MO 65459-8048
15034641*        +Portfolio Recovery,    Po Box 41021,   Norfolk, VA 23541-1021
15034642*        +Portfolio Recovery,    Po Box 41021,   Norfolk, VA 23541-1021
```

```
District/off: 0315-2          User: bsil              Page 3 of 3                   Date Rcvd: Apr 22, 2019
                              Form ID: 309I           Total Noticed: 71

          ***** BYPASSED RECIPIENTS (continued) *****
15034653*        +Target,   Attn: Bankruptcy,    Po Box 9475,   Minneapolis, MN 55440-9475
15034651*        +Target,   Po Box 673,   Minneapolis, MN 55440-0673
                                                                                             TOTALS: 0, * 20, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 24, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 22, 2019 at the address(es) listed below:
              Abagale E. Steidl    on behalf of Joint Debtor Julie A. Keffer asteidl@steidl-steinberg.com,
               julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@not
               ify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com
              Abagale E. Steidl    on behalf of Debtor Steven E. Keffer asteidl@steidl-steinberg.com,
               julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@not
               ify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 4
```