Form 149

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Steven E. Keffer
Julie A. Keffer
aka Julie A. Liberoni**
   Debtor(s)

Bankruptcy Case No.: 19–21546–CMB
Issued Per May 20, 2019 Proceeding
Chapter: 13
Docket No.: 23 – 5
Concil. Conf.: October 24, 2019 at 01:30 PM

**ORDER OF COURT CONFIRMING PLAN AS MODIFIED
AND SETTING DEADLINES FOR CERTAIN ACTIONS**

*(1.) PLAN CONFIRMATION:*

    IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated April 5, 2019 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

☐   A.    For the remainder of the Plan term, the periodic Plan payment is amended to be $ as of . Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

☐   B.    The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☑   C.    Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on Oct. 24, 2019 at 01:30 PM, in 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☐   D.    Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐   E.    The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐   F.     shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

☐   G.    The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: .

☑   H.    Additional Terms: The secured claims of Credit Acceptance (Claim No. 1) and Regional Acceptance Corp. (Claim No. 5) shall govern as to claim amount, to be paid at the modified plan terms.

*(2.)*   *IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.**   **Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.**   **Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.**   **Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.**   **Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.**   **Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)*   **IT IS FURTHER ORDERED THAT:**

**A.**   After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.**   Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.**   Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty−one (21) days prior to the change taking effect.

**D.**   Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016−1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.**   The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre−confirmation defaults in any subsequent motion to dismiss.

**F.**   In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any *secured claim* that is secured by the subject property, unless directed otherwise by further Order of Court.

Dated: May 28, 2019

Carlota M. Böhm, Judge
United States Bankruptcy Court

cc:  All Parties in Interest to be served by Clerk in seven (7) days

```
                              United States Bankruptcy Court
                              Western District of Pennsylvania
In re:                                                                  Case No. 19-21546-CMB
Steven E. Keffer                                                        Chapter 13
Julie A. Keffer
         Debtors                      CERTIFICATE OF NOTICE
District/off: 0315-2           User: jhel                   Page 1 of 3                   Date Rcvd: May 28, 2019
                               Form ID: 149                 Total Noticed: 78


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 30, 2019.
db/jdb         +Steven E. Keffer,    Julie A. Keffer,    1355 Main St.,    Latrobe, PA 15650-2261
cr             +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
15034578       +American Credit Financial,    PO Box 23,    Norcross, GA 30091-0023
15034580       +Barclays Bank Delaware,    Po Box 8803,    Wilmington, DE 19899-8803
15034581       +Barclays Bank Delaware,    Attn: Correspondence,    Po Box 8801,    Wilmington, DE 19899-8801
15034582      ++CAINE & WEINER COMPANY,    12005 FORD ROAD 300,    DALLAS TX 75234-7262
                (address filed with court: Caine & Weiner,     Po Box 55848,    Sherman Oaks, CA 91413)
15034591       +CBCS,   PO Box 2724,    Columbus, OH 43216-2724
15034584       +Caine & Weiner,    Attn: Bankruptcy,    5805 Sepulveda Blvd,    Sherman Oaks, CA 91411-2546
15034594       +Client Services,    3451 Harry S. Truman Blvd,    Saint Charles, MO 63301-9816
15034596       +Court of Common Pleas of Westmoreland Co,    2 N Main St,    Mezzanine, Room 3,
                 Greensburg, PA 15601-2405
15034598       +Credit Acceptance,    25505 West 12 Mile Rd,    Suite 3000,    Southfield, MI 48034-8331
15034597       +Credit Acceptance,    Po Box 5070,    Southfield, MI 48086-5070
15034599       +Credit First National Association,    6275 Eastland Rd,    Brookpark, OH 44142-1399
15034600       +Credit First National Association,    Attn: Bankruptcy,    Po Box 81315,
                 Cleveland, OH 44181-0315
15034601        Credit One Bank,    PO Box 2856,    Chesapeake, VA 23327-2856
15034603        Ditech Financial, LLC,    PO Box 15009,    Tempe, AZ 85284-0109
15034605        Everest Receivable Svcs,    Matrix Credit Card,    2351 N. Forest Road, Suite 100,
                 Getzville, NY 14068-9902
15034606        Excela Health Medial Group,    PO Box 645189,    Pittsburgh, PA 15264-5189
15034607        Excela Health Medical Group,    PO Box 645189,    Pittsburgh, PA 15264-5189
15053874       +First National Bank of Omaha,    1620 Dodge St., Stop Code 3105,    Omaha, NE 68197-0002
15034610       +First National Bank/Legacy,    500 East 60th St North,    Sioux Falls, SD 57104-0478
15034611       +First National Bank/Legacy,    Attn: Bankruptcy,    Po Box 5097,    Sioux Falls, SD 57117-5097
15034612       +First Premier Bank,    3820 N Louise Ave,    Sioux Falls, SD 57107-0145
15034615       +First Premier Bank,    Attn: Bankruptcy,    Po Box 5524,    Sioux Falls, SD 57117-5524
15034618       +Fnb Omaha,    1620 Dodge St,    Omaha, NE 68197-0003
15034619        Hanger Clinic,    62857 Collection Center Drive,    Chicago, IL 60693-0628
15034620        Indiana Healthcare Physician Services,    640 Kolter Drive,    Indiana, PA 15701-3570
15034631       +MidAmerica Bank & Trust Company,    5109 S Broadband Lane,    Sioux Falls, SD 57108-2208
15034634       +MidAmerica Bank & Trust Company,    Attn: Bankruptcy,    216 West Second St,
                 Dixon, MO 65459-8048
15034637       +Peoples Natural Gas,    P.O. Box 644760,    Pittsburgh, PA 15264-4760
15034638       +Phillips & Cohen,    1002 Justison Street,    Wilmington, DE 19801-5148
15034643       +Radius Global Solutions,    PO Box 390916,    Minneapolis, MN 55439-0911
15034644      #+Ratchford Law Group,    409 Lackawanna Avenue, Suite 320,    Scranton, PA 18503-2059
15034652       +Target,   Attn: Bankruptcy,    Po Box 9475,    Minneapolis, MN 55440-9475
15034650       +Target,   Po Box 673,    Minneapolis, MN 55440-0673
15034655       +US Department of Education/Great Lakes,    2401 International Lane,    Madison, WI 53704-3121
15034656       +US Department of Education/Great Lakes,    Attn: Bankruptcy,    Po Box 7860,
                 Madison, WI 53707-7860
15034657        Weltman, Weinberg & Reis,    436 Seventh Avenue, Suite 2500,    Koppers Building,
                 Pittsburgh, PA 15219-1842

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com May 29 2019 03:46:22
                 Capital One Auto Finance, a division of Capital On,    4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 29 2019 03:48:14
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15034577        E-mail/Text: kristin.villneauve@allianceoneinc.com May 29 2019 03:35:58     Alliance One,
                 PO Box 3110,    Southeastern, PA 19398-3110
15034579       +E-mail/Text: bk@avant.com May 29 2019 03:38:02     Avant, LLC,
                 222 N. LaSalle Street, Suite 1700,    Chicago, IL 60601-1101
15039308        E-mail/PDF: resurgentbknotifications@resurgent.com May 29 2019 03:44:46     CACH, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
15034586        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 29 2019 03:46:16     Capital One,
                 15000 Capital One Dr,    Richmond, VA 23238
15034593        E-mail/Text: jsanders@cksfin.com May 29 2019 03:36:50     CKS Financial,    PO Box 2856,
                 Chesapeake, VA 23327-2856
15034588        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 29 2019 03:48:07     Capital One,
                 Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
15034590       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 29 2019 03:44:33     Capital One Bank,
                 c/o Portfolio Recovery,    120 Corporate Blvd Ste 100,    Norfolk, VA 23502-4952
15047134        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 29 2019 03:46:19
                 Capital One Bank (USA), N.A.,    by American InfoSource as agent,    PO Box 71083,
                 Charlotte, NC  28272-1083
15034595       +E-mail/Text: bankruptcydpt@mcmcg.com May 29 2019 03:37:18     Comenity Capital Bank,
                 c/o Midland Funding,    2365 Northside Dr Ste 30,    San Diego, CA 92108-2709
```

```
District/off: 0315-2           User: jhel                   Page 2 of 3                   Date Rcvd: May 28, 2019
                               Form ID: 149                 Total Noticed: 78
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
15034602       E-mail/Text: mrdiscen@discover.com May 29 2019 03:35:59      Discover Financial,   Po Box 15316,
                Wilmington, DE 19850
15039027       E-mail/Text: mrdiscen@discover.com May 29 2019 03:35:59      Discover Bank,
                Discover Products Inc,   PO Box 3025,   New Albany, OH 43054-3025
15034604       E-mail/Text: bankruptcynotices@dcicollect.com May 29 2019 03:38:00
                Diversified Consultants, Inc.,   P.O. Box 551268,   Jacksonville, FL 32255-1268
15034608      +E-mail/Text: data_processing@fin-rec.com May 29 2019 03:36:18      Financial Recovery Services,
                PO Box 4115,   Concord, CA 94524-4115
15034609      +E-mail/Text: JCAP_BNC_Notices@jcap.com May 29 2019 03:37:39      Fingerhut Advantage,
                c/o Jefferson Capital Systems, LLC,   16 Mcleland Rd,   Saint Cloud, MN 56303-2198
15034621       E-mail/Text: JCAP_BNC_Notices@jcap.com May 29 2019 03:37:39      Jefferson Capital Systems, LLC,
                Po Box 1999,   Saint Cloud, MN 56302
15034624      +E-mail/Text: bncnotices@becket-lee.com May 29 2019 03:36:05      Kohls/Capital One,
                Kohls Credit,   Po Box 3120,   Milwaukee, WI 53201-3120
15034622      +E-mail/Text: bncnotices@becket-lee.com May 29 2019 03:36:05      Kohls/Capital One,
                N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-5660
15039307       E-mail/PDF: resurgentbknotifications@resurgent.com May 29 2019 03:44:50      LVNV Funding, LLC,
                Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
15034627      +E-mail/PDF: resurgentbknotifications@resurgent.com May 29 2019 03:44:59
                LVNV Funding/Resurgent Capital,   Attn: Bankruptcy,   Po Box 10497,
                Greenville, SC 29603-0497
15034626      +E-mail/PDF: resurgentbknotifications@resurgent.com May 29 2019 03:46:34
                LVNV Funding/Resurgent Capital,   Po Box 1269,   Greenville, SC 29602-1269
15044752       E-mail/Text: bkr@cardworks.com May 29 2019 03:35:46      MERRICK BANK,
                Resurgent Capital Services,   PO Box 10368,   Greenville, SC 29603-0368
15055247      +E-mail/Text: bankruptcy@sccompanies.com May 29 2019 03:35:47      Massey’s,
                c/o Creditors Bankruptcy Service,   P.O. Box 800849,   Dallas, TX 75380-0849
15034630      +E-mail/Text: bkr@cardworks.com May 29 2019 03:35:46      Merrick Bank/CardWorks,
                Attn: Bankruptcy,   Po Box 9201,   Old Bethpage, NY 11804-9001
15034628      +E-mail/Text: bkr@cardworks.com May 29 2019 03:35:46      Merrick Bank/CardWorks,   Po Box 9201,
                Old Bethpage, NY 11804-9001
15056450      +E-mail/Text: bankruptcydpt@mcmcg.com May 29 2019 03:37:18      Midland Funding LLC,
                PO Box 2011,   Warren, MI 48090-2011
15034639       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 29 2019 03:44:32
                Portfolio Recovery,   120 Corporate Blvd Ste 100,   Norfolk, VA 23502
15034640      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 29 2019 03:49:30
                Portfolio Recovery,   Po Box 41021,   Norfolk, VA 23541-1021
15056882      +E-mail/Text: JCAP_BNC_Notices@jcap.com May 29 2019 03:37:40      Premier Bankcard, Llc,
                Jefferson Capital Systems LLC Assignee,   Po Box 7999,   Saint Cloud Mn 56302-7999
15034645      +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM May 29 2019 03:48:26      Regional Acceptance Corp,
                4770 Duke Dr,   Mason, OH 45040-9010
15034646      +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM May 29 2019 03:48:26      Regional Acceptance Corp,
                Attn: Bankruptcy,   1424 E Fire Tower Rd,   Greenville, NC 27858-4105
15040668      +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM May 29 2019 03:48:26      Regional Acceptance Corporation,
                PO Box 1847,   Wilson, NC 27894-1847
15034648      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 29 2019 03:48:16      SYNCB/Walmart,
                c/o Portfolio Recovery,   120 Corporate Blvd Ste 100,   Norfolk, VA 23502-4952
15034647      +E-mail/Text: bankruptcy@sccompanies.com May 29 2019 03:38:37      Seventh Avenue,
                1112 Seventh Avenue,   Monroe, WI 53566-1364
15035158      +E-mail/PDF: gecsedi@recoverycorp.com May 29 2019 13:01:05      Synchrony Bank,
                c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
15034649      +E-mail/Text: bankruptcydpt@mcmcg.com May 29 2019 03:37:18      Synchrony Bank,
                c/o Midland Funding,   2365 Northside Dr Ste 30,   San Diego, CA 92108-2709
15034654      +E-mail/Text: media@trueaccord.com May 29 2019 03:38:37      True Accord,
                303 Second Street, Suite 750,   South Tower,   San Francisco, CA 94107-1366
15034658       E-mail/Text: bankruptcy@firstenergycorp.com May 29 2019 03:37:25      West Penn Power,
                PO Box 3687,   Akron, OH 44309-3687
15034659      +E-mail/Text: admin@rosebudlending.com May 29 2019 03:38:28      ZocaLoans,   PO Box 1147,
                Mission, SD 57555-1147
                                                                                              TOTAL: 40

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Ditech Financial, LLC
15034583*     ++CAINE & WEINER COMPANY,   12005 FORD ROAD 300,   DALLAS TX 75234-7262
               (address filed with court: Caine & Weiner,   Po Box 55848,   Sherman Oaks, CA 91413)
15034587*     ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One,   15000 Capital One Dr,   Richmond, VA 23238)
15034592*     +CBCS,   PO Box 2724,   Columbus, OH 43216-2724
15034585*     +Caine & Weiner,   Attn: Bankruptcy,   5805 Sepulveda Blvd,   Sherman Oaks, CA 91411-2546
15034589*     +Capital One,   Attn: Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
15034613*     +First Premier Bank,   3820 N Louise Ave,   Sioux Falls, SD 57107-0145
15034614*     +First Premier Bank,   3820 N Louise Ave,   Sioux Falls, SD 57107-0145
15034616*     +First Premier Bank,   Attn: Bankruptcy,   Po Box 5524,   Sioux Falls, SD 57117-5524
15034617*     +First Premier Bank,   Attn: Bankruptcy,   Po Box 5524,   Sioux Falls, SD 57117-5524
15034625*     +Kohls/Capital One,   Kohls Credit,   Po Box 3120,   Milwaukee, WI 53201-3120
15034623*     +Kohls/Capital One,   N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-5660
15034629*     +Merrick Bank/CardWorks,   Po Box 9201,   Old Bethpage, NY 11804-9001
15034632*     +MidAmerica Bank & Trust Company,   5109 S Broadband Lane,   Sioux Falls, SD 57108-2208
```

```
District/off: 0315-2              User: jhel             Page 3 of 3             Date Rcvd: May 28, 2019
                                  Form ID: 149           Total Noticed: 78


            ***** BYPASSED RECIPIENTS (continued) *****
15034633*       +MidAmerica Bank & Trust Company,    5109 S Broadband Lane,   Sioux Falls, SD 57108-2208
15034635*       +MidAmerica Bank & Trust Company,    Attn: Bankruptcy,   216 West Second St,
                  Dixon, MO 65459-8048
15034636*       +MidAmerica Bank & Trust Company,    Attn: Bankruptcy,   216 West Second St,
                  Dixon, MO 65459-8048
15034641*       +Portfolio Recovery,   Po Box 41021,   Norfolk, VA 23541-1021
15034642*       +Portfolio Recovery,   Po Box 41021,   Norfolk, VA 23541-1021
15034653*       +Target,   Attn: Bankruptcy,   Po Box 9475,   Minneapolis, MN 55440-9475
15034651*       +Target,   Po Box 673,   Minneapolis, MN 55440-0673
                                                                                             TOTALS: 1, * 20, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 28, 2019 at the address(es) listed below:
          Abagale E. Steidl    on behalf of Joint Debtor Julie A. Keffer asteidl@steidl-steinberg.com,
           julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@not
           ify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com
          Abagale E. Steidl    on behalf of Debtor Steven E. Keffer asteidl@steidl-steinberg.com,
           julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@not
           ify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com
          James Warmbrodt    on behalf of Creditor    Ditech Financial, LLC bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
           srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 6
```