Form 128

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Steven E. Keffer** | : | Case No. 19−21546−CMB |
| **Julie A. Keffer** | : | Chapter: 13 |
| **aka Julie A. Liberoni** | : | |
|    *Debtor(s)* | : | |
| | : | |
| Specialized Loan Servicing LLC | : | Related to Claim No. 4 |
|    *Movant,* | : | |
| | : | |
|    v. | : | |
| Steven E. Keffer | : | |
| Julie A. Keffer | : | |
| aka Julie A. Liberoni | : | |
|    *Respondent.* | : | |

## NOTICE REGARDING NONCONFORMING DOCUMENT

The **Notice of Mortgage Payment Change or Notice of Post−Petition Fees, Expenses and Charges** *must be refiled* for the following reason:

Failure to comply with *W.PA.LBR 5005−13*. All documents filed electronically that have been created, authored, or customized by the electronic filer must be filed in a format that allows the Court to perform a full text search in accordance with *W.PA.LBR 5005−13*. For instructions on creating a PDF in the proper format, you may refer to the Online Attorney Training Manual on the Court's website. Required corrective action due  November 6, 2020 .

THE NOTICE OF MORTGAGE PAYMENT CHANGE ENTRY IS LINKED TO CLAIM #4; THE PDF FILED DOCUMENT REFERENCE CLAIM #41; PLEASE REVIEW IF NOTICE OF MORTGAGE PAYMENT CHANGE MUST BE WITHDRAWN FOR CLAIM 4.

Dated: October 23, 2020

                                                     Lylenn Fox
                                                    Deputy Clerk

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-21546-CMB |
| Steven E. Keffer | Chapter 13 |
| Julie A. Keffer | |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: lfin | Page 1 of 2 |
| Date Rcvd: Oct 23, 2020 | Form ID: 128 | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 25, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Steven E. Keffer, Julie A. Keffer, 1355 Main St., Latrobe, PA 15650-2261 |
| aty | + | Abagale E. Steidl, Steidl & Steinberg, 707 Grant Street, 28th Floor - Gulf Tower, Pittsburgh, PA 15219-1908 |
| | + | Matthew Tillma, Specialized Loan Servicing, LLC, Bonial & Associates, P.C., 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| jdb | *+ | Julie A. Keffer, 1355 Main St., Latrobe, PA 15650-2261 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 25, 2020            Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 23, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Abagale E. Steidl | on behalf of Debtor Steven E. Keffer asteidl@steidl-steinberg.com julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com |
| Abagale E. Steidl | on behalf of Joint Debtor Julie A. Keffer asteidl@steidl-steinberg.com julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com |

District/off: 0315-2 | User: lfin | Page 2 of 2
Date Rcvd: Oct 23, 2020 | Form ID: 128 | Total Noticed: 3

Brian Nicholas
    on behalf of Creditor Ditech Financial  LLC bnicholas@kmllawgroup.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC sjw@sjwpgh.com srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com

TOTAL: 6