**Form 151**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Steven E. Keffer**
**Julie A. Keffer**
**aka Julie A. Liberoni**
   Debtor(s)

Bankruptcy Case No.: 19–21546–CMB

Chapter: 13
Docket No.: 44 – 43
Concil. Conf.: March 25, 2021 at 09:00 AM

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that

on the __8th__ day of __February__, _2021_, I served a copy of the within *Order* together with the *Notice of Proposed Modification to Confirmed Plan* and the *Amended Plan* filed in this proceeding, by (describe the mode of service):

       First Class US Mail

on the respondent(s) at (list names and addresses here):

       See attached mailing matrix.

Executed on __February 8, 2021__     __/s/ Abagale Steidl__
           (Date)                              (Signature)

Abagale Steidl, Esq., Steidl & Steinberg, PC, 707 Grant Street, Gulf Tower, Suite 2830, Pittsburgh, PA 15219
(Type Name and Mailing Address of Person Who Made Service)

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-2<br>Case 19-21546-CMB<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Pittsburgh<br>Mon Feb  8 10:06:48 EST 2021 | Alliance One<br>PO Box 3110<br>Southeastern, PA 19398-3110 | American Credit Financial<br>PO Box 23<br>Norcross, GA 30091-0023 |
| (p)ATLAS ACQUISITIONS LCC<br>492C CEDAR LANE SUITE 442<br>TEANECK NJ 07666-1713 | Avant, LLC<br>222 N. LaSalle Street, Suite 1700<br>Chicago, IL 60601-1101 | Bank of Missouri<br>2700 S. Lorraine Place<br>Sioux Falls, SD 57106-3657 |
| Barclays Bank Delaware<br>Attn: Correspondence<br>Po Box 8801<br>Wilmington, DE 19899-8801 | Barclays Bank Delaware<br>Po Box 8803<br>Wilmington, DE 19899-8803 | CACH, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| CBCS<br>PO Box 2724<br>Columbus, OH 43216-2724 | CKS Financial<br>PO Box 2856<br>Chesapeake, VA 23327-2856 | CREDIT FIRST NA<br>PO BOX 818011<br>CLEVELAND, OH 44181-8011 |
| Caine & Weiner<br>Attn: Bankruptcy<br>5805 Sepulveda Blvd<br>Sherman Oaks, CA 91411-2546 | (p)CAINE & WEINER COMPANY<br>12005 FORD ROAD 300<br>DALLAS TX 75234-7262 | (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 |
| Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One Auto Finance, a division of Capi<br>P.O. Box 4360<br>Houston, TX 77210-4360 | Capital One Auto Finance, a division of Capi<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |
| Capital One Bank<br>c/o Portfolio Recovery<br>120 Corporate Blvd Ste 100<br>Norfolk, VA 23502-4952 | Capital One Bank (USA), N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC  28272-1083 | Capital One, N.A.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 |
| Client Services<br>3451 Harry S. Truman Blvd<br>Saint Charles, MO 63301-9816 | Comenity Capital Bank<br>c/o Midland Funding<br>2365 Northside Dr Ste 30<br>San Diego, CA 92108-2709 | Court of Common Pleas of Westmoreland Co<br>2 N Main St<br>Mezzanine, Room 3<br>Greensburg, PA 15601-2405 |
| Credit Acceptance<br>25505 West 12 Mile Rd<br>Suite 3000<br>Southfield, MI 48034-8331 | Credit Acceptance<br>Po Box 5070<br>Southfield, MI 48086-5070 | Credit First National Association<br>6275 Eastland Rd<br>Brookpark, OH 44142-1399 |
| Credit First National Association<br>Attn: Bankruptcy<br>Po Box 81315<br>Cleveland, OH 44181-0315 | Credit One Bank<br>PO Box 2856<br>Chesapeake, VA 23327-2856 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH  43054-3025 |

```
(p)DISCOVER FINANCIAL SERVICES LLC      Ditech Financial, LLC              Ditech Financial, LLC
PO BOX 3025                              P.O. Box 12740                     PO Box 15009
NEW ALBANY OH 43054-3025                 Tempe, AZ 85284-0046               Tempe, AZ 85284-0109


Diversified Consultants, Inc.            Everest Receivable Svcs            Excela Health Medial Group
P.O. Box 551268                          Matrix Credit Card                 PO Box 645189
Jacksonville, FL 32255-1268              2351 N. Forest Road, Suite 100     Pittsburgh, PA 15264-5189
                                         Getzville, NY 14068-9902


Excela Health Medical Group              Financial Recovery Services        Fingerhut Advantage
PO Box 645189                            PO Box 4115                        c/o Jefferson Capital Systems, LLC
Pittsburgh, PA 15264-5189                Concord, CA 94524-4115             16 Mcleland Rd
                                                                            Saint Cloud, MN 56303-2198


(p)PERI GARITE                           First National Bank/Legacy         First National Bank/Legacy
ATTN CARD WORKS                          500 East 60th St North             Attn: Bankruptcy
101 CROSSWAYS PARK DR W                  Sioux Falls, SD 57104-0478         Po Box 5097
WOODBURY NY 11797-2020                                                      Sioux Falls, SD 57117-5097


First Premier Bank                       First Premier Bank                 Fnb Omaha
3820 N Louise Ave                        Attn: Bankruptcy                   1620 Dodge St
Sioux Falls, SD 57107-0145               Po Box 5524                        Omaha, NE 68197-0003
                                         Sioux Falls, SD 57117-5524


Hanger Clinic                            Indiana Healthcare Physician Services   (p)JEFFERSON CAPITAL SYSTEMS LLC
62857 Collection Center Drive            640 Kolter Drive                        PO BOX 7999
Chicago, IL 60693-0628                   Indiana, PA 15701-3570                  SAINT CLOUD MN 56302-7999


Jefferson Capital Systems, LLC           Julie A. Keffer                    Steven E. Keffer
Po Box 1999                              1355 Main St.                      1355 Main St.
Saint Cloud, MN 56302                    Latrobe, PA 15650-2261             Latrobe, PA 15650-2261


Kohls/Capital One                        Kohls/Capital One                  LVNV Funding, LLC
Kohls Credit                             N56 W 17000 Ridgewood Dr           Resurgent Capital Services
Po Box 3120                              Menomonee Falls, WI 53051-5660     PO Box 10587
Milwaukee, WI 53201-3120                                                    Greenville, SC 29603-0587


LVNV Funding/Resurgent Capital           LVNV Funding/Resurgent Capital     MERRICK BANK
Attn: Bankruptcy                         Po Box 1269                        Resurgent Capital Services
Po Box 10497                             Greenville, SC 29602-1269          PO Box 10368
Greenville, SC 29603-0497                                                   Greenville, SC 29603-0368


Massey's                                 Merrick Bank/CardWorks             Merrick Bank/CardWorks
c/o Creditors Bankruptcy Service         Attn: Bankruptcy                   Po Box 9201
P.O. Box 800849                          Po Box 9201                        Old Bethpage, NY 11804-9001
Dallas, TX 75380-0849                    Old Bethpage, NY 11804-9001
```

```
MidAmerica Bank & Trust Company        MidAmerica Bank & Trust Company        Midland Funding LLC
5109 S Broadband Lane                  Attn: Bankruptcy                       PO Box 2011
Sioux Falls, SD 57108-2208             216 West Second St                     Warren, MI 48090-2011
                                       Dixon, MO 65459-8048


Brian Nicholas                         Office of the United States Trustee    PRA Receivables Management, LLC
KML Law Group, P.C.                    Liberty Center.                        PO Box 41021
701 Market Street                      1001 Liberty Avenue, Suite 970         Norfolk, VA 23541-1021
Suite 5000                             Pittsburgh, PA 15222-3721
Philadelphia, PA 19106-1541


Pennsylvania Department of Revenue     Pennsylvania Dept. of Revenue          Peoples Natural Gas
Bankruptcy Division                    Department 280946                      P.O. Box 644760
P.O. Box 280946                        P.O. Box 280946                        Pittsburgh, PA 15264-4760
Harrisburg, PA 17128-0946              ATTN: BANKRUPTCY DIVISION
                                       Harrisburg, PA 17128-0946


Peoples Natural Gas Company LLC        Phillips & Cohen                       (p)PORTFOLIO RECOVERY ASSOCIATES LLC
c/o S. James Wallace, P.C.             1002 Justison Street                   PO BOX 41067
845 N. Lincoln Ave.                    Wilmington, DE 19801-5148              NORFOLK VA 23541-1067
Pittsburgh, PA 15233-1828


Portfolio Recovery                     Premier Bankcard, Llc                  Radius Global Solutions
Po Box 41021                           Jefferson Capital Systems LLC Assignee PO Box 390916
Norfolk, VA 23541-1021                 Po Box 7999                            Minneapolis, MN 55439-0911
                                       Saint Cloud Mn 56302-7999


Ratchford Law Group                    Regional Acceptance Corp               Regional Acceptance Corp
409 Lackawanna Avenue, Suite 320       4770 Duke Dr                           Attn: Bankruptcy
Scranton, PA 18503-2062                Mason, OH 45040-9376                   1424 E Fire Tower Rd
                                                                              Greenville, NC 27858-4105


Regional Acceptance Corporation        SPECIALIZED LOAN SERVICING LLC         SYNCB/Walmart
PO Box 1847                            14841 DALLAS PKWY SUITE 425            c/o Portfolio Recovery
Wilson, NC 27894-1847                  Dallas, TX 75254-8067                  120 Corporate Blvd Ste 100
                                                                              Norfolk, VA 23502-4952


SYNCHRONY BANK                         Seventh Avenue                         Specialized Loan Servicing LLC
c/o Weinstein & Riley, PS              1112 Seventh Avenue                    8742 Lucent Blvd, Suite 300
2001 Western Ave., Ste 400             Monroe, WI 53566-1364                  Highlands Ranch, CO 80129-2386
Seattle, WA 98121-3132


Specialized Loan Servicing LLC         Abagale E. Steidl                      Synchrony Bank
6200 S. Quebec Street                  Steidl & Steinberg                     c/o Midland Funding
Greenwood Village, CO 80111-4720       707 Grant Street                       2365 Northside Dr Ste 30
                                       28th Floor - Gulf Tower                San Diego, CA 92108-2709
                                       Pittsburgh, PA 15219-1908


Synchrony Bank                         TD Bank USA, N.A.                      Target
c/o of PRA Receivables Management, LLC C O WEINSTEIN & RILEY, PS              Attn: Bankruptcy
PO Box 41021                           2001 WESTERN AVENUE, STE 400           Po Box 9475
Norfolk, VA 23541-1021                 SEATTLE, WA 98121-3132                 Minneapolis, MN 55440-9475
```

| | | |
|---|---|---|
| Target<br>Po Box 673<br>Minneapolis, MN 55440-0673 | True Accord<br>303 Second Street, Suite 750<br>South Tower<br>San Francisco, CA 94107-1366 | UNITED STATES DEPARTMENT OF EDUCATION<br>CLAIMS FILING UNIT<br>PO BOX 8973<br>MADISON, WI 53708-8973 |
| UPMC Physician Services<br>PO Box 1123<br>Minneapolis, MN 55440-1123 | US Department of Education/Great Lakes<br>2401 International Lane<br>Madison, WI 53704-3121 | US Department of Education/Great Lakes<br>Attn: Bankruptcy<br>Po Box 7860<br>Madison, WI 53707-7860 |
| Verizon<br>by American InfoSource as agent<br>PO Box 4457<br>Houston, TX 77210-4457 | S. James Wallace<br>GRB Law<br>Frick Building, 437 Grant Street<br>14th Floor<br>Pittsburgh, PA 15219 | Weltman, Weinberg & Reis<br>436 Seventh Avenue, Suite 2500<br>Koppers Building<br>Pittsburgh, PA 15219-1842 |
| West Penn Power<br>5001 NASA Blvd.<br>Fairmont, WV 26554-8248 | West Penn Power<br>PO Box 3687<br>Akron, OH 44309-3687 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 |
| ZocaLoans<br>PO Box 1147<br>Mission, SD 57555-1147 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Atlas Acquisitions LLC<br>492C Cedar Lane, Ste 442<br>Teaneck, NJ 07666 | Caine & Weiner<br>Po Box 55848<br>Sherman Oaks, CA 91413 | Capital One<br>15000 Capital One Dr<br>Richmond, VA 23238 |
| Discover Financial<br>Po Box 15316<br>Wilmington, DE 19850 | First National Bank of Omaha<br>1620 Dodge St., Stop Code 3105<br>Omaha, NE 68197 | Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud Mn 56302-9617 |
| Portfolio Recovery<br>120 Corporate Blvd Ste 100<br>Norfolk, VA 23502 | (d)Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Ditech Financial, LLC

(d)Peoples Natural Gas Company LLC
c/o S. James Wallace, P.C.
845 N. Lincoln Avenue
Pittsburgh, PA 15233-1828

(d)Specialized Loan Servicing LLC
14841 Dallas Parkway Suite 425
Dallas, TX 75254-8067

End of Label Matrix
Mailable recipients   102
Bypassed recipients     3
Total                 105