IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Steven E. Keffer | ) | |
| Julie A. Keffer, | ) | Case No. 19-21546 |
| *Debtor* | ) | Chapter 13 |
| | ) | |
| Steven E. Keffer, | ) | Related to Document No. 48 |
| Social Security No. XXX-XX- 9316 | ) | |
| *Movant* | ) | |
| | ) | |
| *vs.* | ) | |
| | ) | |
| Unity Printing Company Inc. and Ronda J. | ) | |
| Winnecour, Trustee | ) | |
| *Respondents* | ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on February 15, 2021, a true and correct copy of the *Amended Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Steven E. Keffer
1355 Main St.
Latrobe, PA 15650

Unity Printing Company, Inc.
Attn: Payroll Dept.
5848 State Route 981
Latrobe, PA 15650

**Served by ECF: Ronda J. Winnecour, Trustee**

| | | |
|---|---|---|
| Date of Service: | February 15, 2021 | /s/ Abagale E. Steidl |
| | | Abagale E. Steidl, Esquire |
| | | STEIDL & STEINBERG |
| | | 28th Floor, Gulf Tower |
| | | 707 Grant Street |
| | | Pittsburgh, PA 15219 |
| | | (412) 391-8000 |
| | | PA I.D. 319217 |