Form 149

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Steven E. Keffer**
**Julie A. Keffer**
**aka Julie A. Liberoni**
  Debtor(s)

Bankruptcy Case No.: 19−21546−CMB
Per March 25, 2021 Proceeding
Chapter: 13
Docket No.: 51 − 43, 44
Concil. Conf.: at

**ORDER OF COURT CONFIRMING PLAN AS MODIFIED**
**AND SETTING DEADLINES FOR CERTAIN ACTIONS**

*(1.)  PLAN CONFIRMATION:*

IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated February 2, 2021 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

- ☑ A.  For the remainder of the Plan term, the periodic Plan payment is amended to be $1,865.00 as of April, 2021. Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

- ☐ B.  The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

- ☐ C.  Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on at , in .* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

- ☐ D.  Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

- ☐ E.  The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

- ☐ F.   shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

- ☑ G.  The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: Specialized Loan Servicing (Cl. #41) with payment changes implemented .

- ☑ H.  Additional Terms: Fee application needed if any fee (including retainer) exceeds $4,000 including any fees paid to prior counsel.

*(2.)*  **IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:**

**A.    Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.    Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.    Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.    Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.    Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)*  **IT IS FURTHER ORDERED THAT:**

**A.**   After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.**   Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.**   Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty−one (21) days prior to the change taking effect.

**D.**   Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016−1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.**   The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre−confirmation defaults in any subsequent motion to dismiss.

**F.**   In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any *secured claim* that is secured by the subject property, unless directed otherwise by further Order of Court.

Dated: March 26, 2021

Carlota M. Böhm, Judge
United States Bankruptcy Court

cc:  All Parties in Interest to be served by Clerk in seven (7) days

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Steven E. Keffer  
Julie A. Keffer  
    Debtors  

Case No. 19-21546-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: dric      Page 1 of 5  
Date Rcvd: Mar 26, 2021      Form ID: 149      Total Noticed: 92

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 28, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Steven E. Keffer, Julie A. Keffer, 1355 Main St., Latrobe, PA 15650-2261 |
| cr | + | SPECIALIZED LOAN SERVICING LLC, 14841 DALLAS PKWY SUITE 425, Dallas, TX 75254-8067 |
| cr | + | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, CO 80129-2386 |
| 15067069 | + | Bank of Missouri, 2700 S. Lorraine Place, Sioux Falls, SD 57106-3657 |
| 15034580 | + | Barclays Bank Delaware, Po Box 8803, Wilmington, DE 19899-8803 |
| 15034581 | + | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 15034582 | ++ | CAINE & WEINER COMPANY, 12005 FORD ROAD 300, DALLAS TX 75234-7262 address filed with court:, Caine & Weiner, Po Box 55848, Sherman Oaks, CA 91413 |
| 15034591 | + | CBCS, PO Box 2724, Columbus, OH 43216-2724 |
| 15075559 | | CREDIT FIRST NA, PO BOX 818011, CLEVELAND, OH 44181-8011 |
| 15034584 | + | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd, Sherman Oaks, CA 91411-2546 |
| 15068851 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15034596 | + | Court of Common Pleas of Westmoreland Co, 2 N Main St, Mezzanine, Room 3, Greensburg, PA 15601-2405 |
| 15034599 | + | Credit First National Association, 6275 Eastland Rd, Brookpark, OH 44142-1399 |
| 15034600 | + | Credit First National Association, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 15034601 | | Credit One Bank, PO Box 2856, Chesapeake, VA 23327-2856 |
| 15034605 | | Everest Receivable Svcs, Matrix Credit Card, 2351 N. Forest Road, Suite 100, Getzville, NY 14068-9902 |
| 15034606 | | Excela Health Medial Group, PO Box 645189, Pittsburgh, PA 15264-5189 |
| 15034607 | | Excela Health Medical Group, PO Box 645189, Pittsburgh, PA 15264-5189 |
| 15034610 | + | First National Bank/Legacy, 500 East 60th St North, Sioux Falls, SD 57104-0478 |
| 15034611 | + | First National Bank/Legacy, Attn: Bankruptcy, Po Box 5097, Sioux Falls, SD 57117-5097 |
| 15034612 | + | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 15034615 | + | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 15034618 | + | Fnb Omaha, 1620 Dodge St, Omaha, NE 68197-0003 |
| 15034619 | | Hanger Clinic, 62857 Collection Center Drive, Chicago, IL 60693-0628 |
| 15034620 | | Indiana Healthcare Physician Services, 640 Kolter Drive, Indiana, PA 15701-3570 |
| 15034631 | + | MidAmerica Bank & Trust Company, 5109 S Broadband Lane, Sioux Falls, SD 57108-2208 |
| 15034634 | #+ | MidAmerica Bank & Trust Company, Attn: Bankruptcy, 216 West Second St, Dixon, MO 65459-8048 |
| 15053874 | ++ | PERI GARITE, ATTN CARD WORKS, 101 CROSSWAYS PARK DR W, WOODBURY NY 11797-2020 address filed with court:, First National Bank of Omaha, 1620 Dodge St., Stop Code 3105, Omaha, NE 68197 |
| 15034637 | + | Peoples Natural Gas, P.O. Box 644760, Pittsburgh, PA 15264-4760 |
| 15059059 | + | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 15034638 | + | Phillips & Cohen, 1002 Justison Street, Wilmington, DE 19801-5148 |
| 15034643 | + | Radius Global Solutions, PO Box 390916, Minneapolis, MN 55439-0911 |
| 15034644 | + | Ratchford Law Group, 409 Lackawanna Avenue, Suite 320, Scranton, PA 18503-2062 |
| 15034645 | + | Regional Acceptance Corp, 4770 Duke Dr, Mason, OH 45040-9376 |
| 15162417 | + | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 15034650 | + | Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 15034652 | + | Target, Attn: Bankruptcy, Po Box 9475, Minneapolis, MN 55440-9475 |
| 15061600 | | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |

| | | |
|---|---|---|
| 15071370 | | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15034655 | + | US Department of Education/Great Lakes, 2401 International Lane, Madison, WI 53704-3121 |
| 15034656 | + | US Department of Education/Great Lakes, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |
| 15034657 | | Weltman, Weinberg & Reis, 436 Seventh Avenue, Suite 2500, Koppers Building, Pittsburgh, PA 15219-1842 |

TOTAL: 42

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Mar 27 2021 04:53:27 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 27 2021 04:43:51 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15065029 | | Email/Text: bnc@atlasacq.com | Mar 27 2021 04:23:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 15034577 | | Email/Text: kristin.villneauve@allianceoneinc.com | Mar 27 2021 04:22:00 | Alliance One, PO Box 3110, Southeastern, PA 19398-3110 |
| 15034579 | + | Email/Text: bk@avant.com | Mar 27 2021 04:24:00 | Avant, LLC, 222 N. LaSalle Street, Suite 1700, Chicago, IL 60601-1101 |
| 15039308 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 27 2021 04:44:18 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15034586 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Mar 27 2021 04:32:44 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 15034593 | + | Email/Text: jsanders@cksfin.com | Mar 27 2021 04:23:00 | CKS Financial, PO Box 2856, Chesapeake, VA 23327-2856 |
| 15034588 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Mar 27 2021 04:43:22 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15067806 | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Mar 27 2021 04:32:50 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 15034590 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 27 2021 04:53:32 | Capital One Bank, c/o Portfolio Recovery, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 15047134 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Mar 27 2021 04:43:22 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15034594 | + | Email/Text: mediamanagers@clientservices.com | Mar 27 2021 04:22:00 | Client Services, 3451 Harry S. Truman Blvd, Saint Charles, MO 63301-9816 |
| 15034595 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 27 2021 04:23:00 | Comenity Capital Bank, c/o Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2709 |
| 15034597 | + | Email/Text: ebnnotifications@creditacceptance.com | Mar 27 2021 04:22:00 | Credit Acceptance, Po Box 5070, Southfield, MI 48086-5070 |
| 15034598 | + | Email/Text: ebnnotifications@creditacceptance.com | Mar 27 2021 04:22:00 | Credit Acceptance, 25505 West 12 Mile Rd, Suite 3000, Southfield, MI 48034-8331 |
| 15034602 | | Email/Text: mrdiscen@discover.com | Mar 27 2021 04:22:00 | Discover Financial, Po Box 15316, Wilmington, DE 19850 |
| 15039027 | | Email/Text: mrdiscen@discover.com | Mar 27 2021 04:22:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15034604 | | Email/Text: bankruptcynotices@dcicollect.com | Mar 27 2021 04:24:00 | Diversified Consultants, Inc., P.O. Box 551268, Jacksonville, FL 32255-1268 |
| 15034608 | + | Email/Text: data_processing@fin-rec.com | Mar 27 2021 04:23:00 | Financial Recovery Services, PO Box 4115, Concord, CA 94524-4115 |

| | | | |
|---|---|---|---|
| 15034609 | + Email/Text: JCAP_BNC_Notices@jcap.com | Mar 27 2021 04:24:00 | Fingerhut Advantage, c/o Jefferson Capital Systems, LLC, 16 Mcleland Rd, Saint Cloud, MN 56303-2198 |
| 15059958 | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 27 2021 04:24:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15034621 | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 27 2021 04:24:00 | Jefferson Capital Systems, LLC, Po Box 1999, Saint Cloud, MN 56302 |
| 15034622 | + Email/Text: PBNCNotifications@peritusservices.com | Mar 27 2021 04:22:00 | Kohls/Capital One, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-5660 |
| 15034624 | + Email/Text: PBNCNotifications@peritusservices.com | Mar 27 2021 04:22:00 | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |
| 15039307 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 27 2021 04:44:20 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15034626 | + Email/PDF: resurgentbknotifications@resurgent.com | Mar 27 2021 04:33:50 | LVNV Funding/Resurgent Capital, Po Box 1269, Greenville, SC 29602-1269 |
| 15034627 | + Email/PDF: resurgentbknotifications@resurgent.com | Mar 27 2021 04:44:18 | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 15044752 | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 27 2021 04:32:17 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15055247 | + Email/Text: bankruptcy@sccompanies.com | Mar 27 2021 04:22:00 | Massey's, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 15034628 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 27 2021 04:32:20 | Merrick Bank/CardWorks, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 15034630 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 27 2021 04:32:48 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 15056450 | + Email/Text: bankruptcydpt@mcmcg.com | Mar 27 2021 04:23:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 15034639 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 27 2021 04:33:00 | Portfolio Recovery, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 15075818 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 27 2021 04:43:51 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15034640 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 27 2021 04:53:32 | Portfolio Recovery, Po Box 41021, Norfolk, VA 23541-1021 |
| 15056882 | + Email/Text: JCAP_BNC_Notices@jcap.com | Mar 27 2021 04:24:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 15034646 | + Email/PDF: RACBANKRUPTCY@BBANDT.COM | Mar 27 2021 04:54:06 | Regional Acceptance Corp, Attn: Bankruptcy, 1424 E Fire Tower Rd, Greenville, NC 27858-4105 |
| 15040668 | + Email/PDF: RACBANKRUPTCY@BBANDT.COM | Mar 27 2021 04:54:06 | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |
| 15034648 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 27 2021 04:33:00 | SYNCB/Walmart, c/o Portfolio Recovery, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 15061286 | + Email/Text: bncmail@w-legal.com | Mar 27 2021 04:24:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 15034647 | + Email/Text: bankruptcy@sccompanies.com | Mar 27 2021 04:25:00 | Seventh Avenue, 1112 Seventh Avenue, Monroe, WI 53566-1364 |
| 15034649 | + Email/Text: bankruptcydpt@mcmcg.com | Mar 27 2021 04:23:00 | Synchrony Bank, c/o Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2709 |
| 15035158 | + Email/PDF: gecsedi@recoverycorp.com | Mar 27 2021 04:32:33 | Synchrony Bank, c/o of PRA Receivables |

| Recip ID | Bypass Reason | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15061304 | + | Email/Text: bncmail@w-legal.com | Mar 27 2021 04:24:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 15034654 | + | Email/Text: media@trueaccord.com | Mar 27 2021 04:25:00 | True Accord, 303 Second Street, Suite 750, South Tower, San Francisco, CA 94107-1366 |
| 15070670 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Mar 27 2021 04:54:19 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15034658 | | Email/Text: bankruptcy@firstenergycorp.com | Mar 27 2021 04:24:00 | West Penn Power, PO Box 3687, Akron, OH 44309-3687 |
| 15065372 | + | Email/Text: bankruptcy@firstenergycorp.com | Mar 27 2021 04:24:00 | West Penn Power, 5001 NASA Blvd., Fairmont, WV 26554-8248 |
| 15034659 | + | Email/Text: admin@rosebudlending.com | Mar 27 2021 04:25:00 | ZocaLoans, PO Box 1147, Mission, SD 57555-1147 |

TOTAL: 50

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Ditech Financial, LLC |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | *+ | Specialized Loan Servicing LLC, 14841 Dallas Parkway Suite 425, Dallas, TX 75254-8067 |
| 15034583 | *P++ | CAINE & WEINER COMPANY, 12005 FORD ROAD 300, DALLAS TX 75234-7262, address filed with court:, Caine & Weiner, Po Box 55848, Sherman Oaks, CA 91413 |
| 15034587 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 15034592 | *+ | CBCS, PO Box 2724, Columbus, OH 43216-2724 |
| 15034585 | *+ | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd, Sherman Oaks, CA 91411-2546 |
| 15034589 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15068852 | * | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15034613 | *+ | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 15034614 | *+ | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 15034616 | *+ | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 15034617 | *+ | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 15034623 | *+ | Kohls/Capital One, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-5660 |
| 15034625 | *+ | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |
| 15034629 | *+ | Merrick Bank/CardWorks, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 15034635 | *+ | MidAmerica Bank & Trust Company, Attn: Bankruptcy, 216 West Second St, Dixon, MO 65459-8048 |
| 15034636 | *+ | MidAmerica Bank & Trust Company, Attn: Bankruptcy, 216 West Second St, Dixon, MO 65459-8048 |
| 15034632 | *+ | MidAmerica Bank & Trust Company, 5109 S Broadband Lane, Sioux Falls, SD 57108-2208 |
| 15034633 | *+ | MidAmerica Bank & Trust Company, 5109 S Broadband Lane, Sioux Falls, SD 57108-2208 |
| 15034641 | *+ | Portfolio Recovery, Po Box 41021, Norfolk, VA 23541-1021 |
| 15034642 | *+ | Portfolio Recovery, Po Box 41021, Norfolk, VA 23541-1021 |
| 15034651 | *+ | Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 15034653 | *+ | Target, Attn: Bankruptcy, Po Box 9475, Minneapolis, MN 55440-9475 |
| 15034578 | ##+ | American Credit Financial, PO Box 23, Norcross, GA 30091-0023 |
| 15076129 | ## | Ditech Financial LLC, P.O. Box 12740, Tempe, AZ 85284-0046 |
| 15034603 | ## | Ditech Financial, LLC, PO Box 15009, Tempe, AZ 85284-0109 |

TOTAL: 1 Undeliverable, 23 Duplicate, 3 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0315-2 | User: dric | Page 5 of 5 |
| Date Rcvd: Mar 26, 2021 | Form ID: 149 | Total Noticed: 92 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2021                    Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Abagale E. Steidl | on behalf of Joint Debtor Julie A. Keffer asteidl@steidl-steinberg.com julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com |
| Abagale E. Steidl | on behalf of Debtor Steven E. Keffer asteidl@steidl-steinberg.com julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com |
| Brian Nicholas | on behalf of Creditor Ditech Financial  LLC bnicholas@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |

TOTAL: 6