IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Steven E. Keffer ) | |
| Julie A. Keffer, ) | Case No. 19-21546 |
| *Debtor* ) | Chapter 13 |
| ) | |
| Steven E. Keffer, ) | Related to Document No. 55 |
| Social Security No. XXX-XX- 9316 ) | |
| *Movant* ) | |
| ) | |
| *vs.* ) | |
| ) | |
| Unity Printing Company Inc. and Ronda J. ) | |
| Winnecour, Trustee ) | |
| *Respondents* ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on April 12, 2021, a true and correct copy of the *Amended Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Steven E. Keffer
1355 Main St.
Latrobe, PA 15650

Unity Printing Company, Inc.
Attn: Payroll Dept.
5848 State Route 981
Latrobe, PA 15650

**Served by ECF: Ronda J. Winnecour, Trustee**

Date of Service:    April 12, 2021    /s/ Abagale E. Steidl
                                     Abagale E. Steidl, Esquire
                                     STEIDL & STEINBERG
                                     28th Floor, Gulf Tower
                                     707 Grant Street
                                     Pittsburgh, PA 15219
                                     (412) 391-8000
                                     PA I.D. 319217