IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF
PENNSYLVANIA

In RE:
STEVEN E. KEFFER and JULIE A.                )
KEFFER, his wife                             )
         Debtors                          )    BANKRUPTCY CASE NO. 19-21546
PEOPLES NATURAL GAS COMPANY,                 )
LLC                                          )    MOTION NO.
         Movant,                          )    CHAPTER 13
         vs.                              )
STEVEN E. KEFFER and JULIE A.                )
KEFFER, his wife, and RONDA J.               )    Related to Doc. No. 66
WINNECOUR, ESQUIRE, Trustee                  )
                                             )
         Respondents.                     )    **ENTERED BY DEFAULT**

ORDER OF COURT

     AND NOW, to-wit, this ___24th__ day of _____March_____, 2022, upon Motion of the
Peoples Natural Gas Company, LLC, service of the same upon Debtors and Debtors' Counsel
and failure of the same to Object or Respond, it is hereby ORDERED, ADJUDGED and
DECREED that:

     1.     The Debtors have failed to pay their utility bills and/or security deposit to the
Peoples Natural Gas Company, LLC as and when they became due post petition.  The Peoples
Natural Gas Company, LLC is entitled to be paid for this administrative claim and either to
terminate utility service to the Debtors or be granted adequate assurance of future payment.

     2.     The Court finds that continued utility service is necessary for an effective
reorganization by the Debtors.   Therefore, the administrative claims of the Peoples Natural Gas
Company, LLC as set forth in the foregoing Motion are hereby allowed and are to be paid
through the Chapter 13 Plan.  In addition, as further adequate assurance of payment, the Debtors
are hereby ordered to hereafter make the monthly budget payment for utility service provided by
Peoples Natural Gas Company, LLC through the Trustee as part of the Chapter 13 Plan.  The
CAP budget payment as of the date of this Order is $231.00.  **The total amount to be included
in the Plan, including budget and arrearages, is set forth in paragraph four (4) of this
Order.**

     3.     In order to pay the combined administrative claims and ongoing budget of the
Peoples Natural Gas Company, LLC, the Plan payment must be increased.   Distribution to
Peoples Natural Gas Company, LLC must begin effective beginning in May of 2022.

4.      To provide for the claims allowed in this Order, and to provide the ongoing budget as adequate assurance, the sum of $263.73 shall be distributed to the Movant, the Peoples Natural Gas Company, LLC over the life of the Plan, and shall be paid at priority level three (3). The Trustee is hereby authorized and directed to make immediate interim distribution of the funds due to the Peoples Natural Gas Company, LLC.

5.      If the ongoing CAP budget required to maintain utility service to the Debtors should increase significantly, the monthly amount due on this long term continuing debt may be amended by Peoples Natural Gas Company, LLC in accord with its usual procedures upon notice to the Debtors or their attorney and the Chapter 13 Trustee.   Whatever sums may remain due on the post petition account once this case has concluded will not be discharged, and remain the liability of the Debtors.

6.      If the counsel for the Debtors has not consented to the Order by signing below, this Order is entered by Default subject to the Debtors' right to seek reconsideration of this Order, by written Motion, within twenty (20) days of the date of this Order.

7.      Unless reconsideration of this Order is timely sought, the Debtor's counsel or the Debtor are hereby ordered to file an amended plan including Peoples Natural Gas Company, LLC as set forth in this Order within fifteen (15) days of the date of this Order.  Debtor's counsel or Debtor shall simultaneously file an amended wage order which shall be in the amount required by the amended plan.

8.      The debtor's post petition account number is xxxxxxxx4220.

FILED
3/24/22 11:54 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

_Carlota M. Böhm_   dmr

Carlota M. Böhm
Chief United States Bankruptcy Court Judge

cc: Jeffrey R. Hunt, GRB Law, 525 William Penn Pl., Suite 3110,  Pittsburgh, Pa. 15219

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                              Case No. 19-21546-CMB

Steven E. Keffer                                                   Chapter 13

Julie A. Keffer

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 24, 2022 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 26, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Steven E. Keffer, 1355 Main St., Latrobe, PA 15650-2261 |
| jdb | + | Julie A. Keffer, 1355 Main St., Latrobe, PA 15650-2261 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 26, 2022                    Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 24, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Abagale E. Steidl | on behalf of Joint Debtor Julie A. Keffer asteidl@steidl-steinberg.com<br>julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Abagale E. Steidl | on behalf of Debtor Steven E. Keffer asteidl@steidl-steinberg.com<br>julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Brian Nicholas | on behalf of Creditor Ditech Financial  LLC bnicholas@kmllawgroup.com |
| Jeffrey Hunt | |

District/off: 0315-2 | User: auto | Page 2 of 2
Date Rcvd: Mar 24, 2022 | Form ID: pdf900 | Total Noticed: 2

on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

S. James Wallace
on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

TOTAL: 7