## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Steven E. Keffer | ) | |
| Julie A. Keffer, | ) | Case No. 19-21546 CMB |
| *Debtor* | ) | Chapter 13 |
| | ) | |
| Steven E. Keffer, | ) | Related to Document No. 73 |
| Social Security No. XXX-XX- 9316 | ) | |
| *Movant* | ) | |
| | ) | |
| *vs.* | ) | |
| | ) | |
| Unity Printing Company Inc. and Ronda J. | ) | |
| Winnecour, Trustee | ) | |
| *Respondents* | ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on April 4, 2022, a true and correct copy of the *Order to Pay Trustee together with Notice of Debtor's Social Security Number* was served by U.S. First Class Mail, postage prepaid, upon the following persons and parties:

Steven E. Keffer
1355 Main St.
Latrobe, PA 15650

Unity Printing Company, Inc.
Attn: Payroll Dept.
5848 State Route 981
Latrobe, PA 15650

**Served by ECF:** Ronda J. Winnecour, Trustee

Date of Service: April 4, 2022                    /s/ Abagale E. Steidl
                                                  Abagale E. Steidl, Esquire
                                                  STEIDL & STEINBERG
                                                  28th Floor, Gulf Tower
                                                  707 Grant Street
                                                  Pittsburgh, PA 15219
                                                  (412) 391-8000
                                                  PA I.D. 319217