**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

02/23/2024

| | |
|---|---|
| IN RE:<br><br>STEVEN E. KEFFER<br>JULIE A. KEFFER<br>1355 MAIN ST.<br>LATROBE, PA 15650<br>XXX-XX-9316     Debtor(s)<br><br>XXX-XX-2883 | Case No.19-21546 CMB<br><br>Chapter 13 |

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known .

In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

2/23/2024

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim # | INT % | Court Claim # | CRED DESC | Account No. | Claim | Comment |
|---|---|---|---|---|---|---|---|
| SYNCHRONY BANK<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | 1 | 0.00% | | NOTICE ONLY | 5178 | 0.00 | WALMART/PRAE |
| AIS PORTFOLIO SERVICES (AMERICAN INFO SC<br>ATTN BANKRUPTCY NOTICING<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY, OK 73118 | 2 | 0.00% | | NOTICE ONLY | | 0.00 | CAP 1 AUTO/PRAE |
| KML LAW GROUP PC** (FRMRLY BRIAN C. NICH<br>C/O DENISE CARLON ESQ<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA 19106 | 3 | 0.00% | | NOTICE ONLY | | 0.00 | DITECH FNCL/PRAE |
| CREDIT ACCEPTANCE CORP*<br>ATTN: BANKRUPTCY DEPT*<br>25505 W 12 MILE RD STE 3000*<br>SOUTHFIELD, MI 48034-8339 | 4 | 6.00% | 1 | VEHICLE | 9675 | 12,991.62 | $CL-PL@6%MDF/PL |
| SPECIALIZED LOAN SERVICING LLC*<br>6200 S QUEBEC ST<br>GREENWOOD VILLAGE, CO 80111 | 5 | 0.00% | 41 | MORTGAGE REGULAR PAYMEN | 2836 | 0.00 | CL41GOV W PMT CHNGS*1091017.38/PL* DKT4LMT*BGN 5/19*FR DITECH FINANCI |
| REGIONAL ACCEPTANCE CORP<br>ATTN BANKRUPTCY SECTION<br>POB 1847<br>WILSON, NC 27894-1847 | 6 | 6.00% | 5 | VEHICLE | 7398 | 16,031.19 | X9801/SCH*$CL-PL@6%MDF/PL*910 CL |
| WESTMORELAND COUNTY<br>COURT OF COMMON PLEAS<br>2 NORTH MAIN ST STE 203<br>GREENSBURG, PA 15601 | 7 | 0.00% | | PRIORITY CREDITOR | | 0.00 | RESTITUTION/SCH*PD OUTSIDE/PL |
| ALLIANCE ONE RECEIVABLES MGMNT++<br>4850 STREET RD STE 300<br>TREVOSE, PA 19053 | 8 | 0.00% | | UNSECURED CREDITOR | | 0.00 | NT ADR/SCH |
| AMERICAN CREDIT FINANCIAL<br>PO BOX 23<br>NORCROSS, GA 30091 | 9 | 0.00% | | UNSECURED CREDITOR | | 0.00 | |
| CACH LLC<br>C/O RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | 10 | 0.00% | 4 | UNSECURED CREDITOR | 1406 | 29,278.45 | AVANT/WEBBANK*NO NUM/SCH |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **PORTFOLIO RECOVERY ASSOCIATES LLC**<br>PO BOX 12914<br>NORFOLK, VA  23541 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number: 40 | CLAIM: 2,529.82<br>COMMENT: BARCLAYS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0439 |
| **CAINE & WEINER**<br>PO BOX 55848<br>SHERMAN OAKS, CA  91413-0848 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: PROGRESSIVE/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8274 |
| **CAINE & WEINER**<br>PO BOX 55848<br>SHERMAN OAKS, CA  91413-0848 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: PROGRESSIVE/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2535 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF**<br>PO BOX 71083<br>CHARLOTTE, NC  28272-1083 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number: 9 | CLAIM: 1,321.12<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1223 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF**<br>PO BOX 71083<br>CHARLOTTE, NC  28272-1083 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number: 8 | CLAIM: 1,052.69<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4214 |
| **PORTFOLIO RECOVERY ASSOCIATES LLC**<br>PO BOX 12914<br>NORFOLK, VA  23541 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number: 38 | CLAIM: 3,144.79<br>COMMENT: CAPITAL ONE BANK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0199 |
| **CBCS**<br>PO BOX 2724<br>COLUMBUS, OH  43216-2724 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **CBCS**<br>PO BOX 2724<br>COLUMBUS, OH  43216-2724 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **CKS FINANCIAL**<br>PO BOX 2856<br>CHESAPEAKE, VA  23327 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4539 |
| **CLIENT SERVICES**<br>3451 HARRY TRUMAN BLVD<br>ST CHARLES, MO  63301-4047 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9863 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number: 21  INT %: 0.00%<br>Court Claim Number: 17<br>CLAIM: 1,719.43<br>COMMENT: X4445/SCH*JUDGMENT*COMENITY/ZALES | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5704 |
| **CREDIT FIRST NA***<br>BK 13 CREDIT OPERATIONS*<br>POB 818011*<br>CLEVELAND, OH 44181-8011 | Trustee Claim Number: 22  INT %: 0.00%<br>Court Claim Number: 36<br>CLAIM: 1,051.95<br>COMMENT: 8061/SCH*FIRESTONE | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9316 |
| **ATLAS ACQUISITIONS LLC - AS ASSIGNEE**<br>492C CEDAR LN STE 442<br>TEANECK, NJ 07666 | Trustee Claim Number: 23  INT %: 0.00%<br>Court Claim Number: 32<br>CLAIM: 674.64<br>COMMENT: NO NUM/SCH*CREDIT ONE BANK/UHG I | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0135 |
| **DISCOVER BANK(*)**<br>C/O DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | Trustee Claim Number: 24  INT %: 0.00%<br>Court Claim Number: 2<br>CLAIM: 1,205.01<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0588 |
| **ATLAS ACQUISITIONS LLC - AS ASSIGNEE**<br>492C CEDAR LN STE 442<br>TEANECK, NJ 07666 | Trustee Claim Number: 25  INT %: 0.00%<br>Court Claim Number: 35<br>CLAIM: 718.30<br>COMMENT: MATRIX/THE BANK OF MISSOURI | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3054 |
| **EXCELA HEALTH MEDICAL GROUP++**<br>520 JEFFERSON AVE STE 400<br>JEANNETTE, PA 15644-2538 | Trustee Claim Number: 26  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0330 |
| **EXCELA HEALTH MEDICAL GROUP++**<br>520 JEFFERSON AVE STE 400<br>JEANNETTE, PA 15644-2538 | Trustee Claim Number: 27  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4193 |
| **FINANCIAL RECOVERY SVCS INC++**<br>POB 385908<br>MINNEAPOLIS, MN 55438-5908 | Trustee Claim Number: 28  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **JEFFERSON CAPITAL SYSTEMS LLC***<br>PO BOX 772813<br>CHICAGO, IL 60677-2813 | Trustee Claim Number: 29  INT %: 0.00%<br>Court Claim Number: 19<br>CLAIM: 2,477.44<br>COMMENT: REF 3455834086*X6003/SCH*BLUESTEM/FINGERHUT | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6525 |
| **FNCC++**<br>500 E 60TH ST<br>SIOUX FALLS, SD 57104 | Trustee Claim Number: 30  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7103 |

| Creditor | Trustee/Court Claim | Cred Desc / Account | Claim / Comment |
|---|---|---|---|
| **PREMIER BANKCARD LLC; JEFFERSON CAPITA** C/O JEFFERSON CAPITAL SYSTEMS LLC* PO BOX 772813 CHICAGO, IL 60677-2813 | Trustee Claim Number: 31  INT %: 0.00% Court Claim Number: 16 | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 0569 | CLAIM: 1,130.76 COMMENT: REF 3479971422 |
| **PREMIER BANKCARD LLC; JEFFERSON CAPITA** C/O JEFFERSON CAPITAL SYSTEMS LLC* PO BOX 772813 CHICAGO, IL 60677-2813 | Trustee Claim Number: 32  INT %: 0.00% Court Claim Number: 14 | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 9561 | CLAIM: 1,055.28 COMMENT: REF 3479982887 |
| **PREMIER BANKCARD LLC; JEFFERSON CAPITA** C/O JEFFERSON CAPITAL SYSTEMS LLC* PO BOX 772813 CHICAGO, IL 60677-2813 | Trustee Claim Number: 33  INT %: 0.00% Court Claim Number: 15 | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 3379 | CLAIM: 785.99 COMMENT: REF3479950302 |
| **FIRST NATIONAL BANK OF OMAHA(*)** 1620 DODGE ST STOP 3106* OMAHA, NE 68197-3106 | Trustee Claim Number: 34  INT %: 0.00% Court Claim Number: 11 | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 4296 | CLAIM: 1,321.26 COMMENT: SHEETZ*X7107/SCH |
| **HANGER CLINIC++** 853 JEFFERSON AVE WASHINGTON, PA 15301 | Trustee Claim Number: 35  INT %: 0.00% Court Claim Number: | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 9134 | CLAIM: 0.00 COMMENT: NT ADR/SCH |
| **INDIANA HEALTHCARE PHYSICIAN SERVICES** 640 KOLTER DR INDIANA, PA 15701 | Trustee Claim Number: 36  INT %: 0.00% Court Claim Number: 10-2 | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 2169 | CLAIM: 224.67 COMMENT: REFILED CL~NT MARKED AMD |
| **CAPITAL ONE NA** C/O BECKET & LEE LLP PO BOX 3001 MALVERN, PA 19355-0701 | Trustee Claim Number: 37  INT %: 0.00% Court Claim Number: 30 | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 6404 | CLAIM: 335.60 COMMENT: KOHLS |
| **CAPITAL ONE NA** C/O BECKET & LEE LLP PO BOX 3001 MALVERN, PA 19355-0701 | Trustee Claim Number: 38  INT %: 0.00% Court Claim Number: 29 | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 3205 | CLAIM: 335.66 COMMENT: KOHLS |
| **LVNV FUNDING LLC** C/O RESURGENT CAPITAL SVCS PO BOX 10587 GREENVILLE, SC 29603-0587 | Trustee Claim Number: 39  INT %: 0.00% Court Claim Number: 3 | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 6395 | CLAIM: 3,228.66 COMMENT: SANTANDER/CIT BANK/FINGERHUT |
| **MERRICK BANK** C/O RESURGENT CAPITAL SVCS** POB 10368 GREENVILLE, SC 29603-0368 | Trustee Claim Number: 40  INT %: 0.00% Court Claim Number: 6 | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 0508 | CLAIM: 1,736.72 COMMENT: |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **MERRICK BANK**<br>C/O RESURGENT CAPITAL SVCS**<br>POB 10368<br>GREENVILLE, SC  29603-0368 | Trustee Claim Number:41  INT %: 0.00%<br>Court Claim Number:7<br>CLAIM: 1,438.11<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1930 |
| **ATLAS ACQUISITIONS LLC - ASSIGNEE OF BANK**<br>492C CEDAR LN STE 442<br>TEANECK, NJ  07666 | Trustee Claim Number:42  INT %: 0.00%<br>Court Claim Number:24<br>CLAIM: 553.86<br>COMMENT: JTM CAPITAL/TOTAL CARD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8558 |
| **ATLAS ACQUISITIONS LLC - ASSIGNEE OF BANK**<br>492C CEDAR LN STE 442<br>TEANECK, NJ  07666 | Trustee Claim Number:43  INT %: 0.00%<br>Court Claim Number:25<br>CLAIM: 417.50<br>COMMENT: JTM CAP/TOTAL CARD/BNK OF MO | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7563 |
| **BANK OF MISSOURI**<br>C/O TOTAL CARD INC (TCI)<br>2700 S LORRAINE PL<br>SIOUX FALLS, SD  57106 | Trustee Claim Number:44  INT %: 0.00%<br>Court Claim Number:27<br>CLAIM: 385.95<br>COMMENT: FIRST ACCESS*INSUFF POD*INCURRED 2018/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6361 |
| **GRB LAW****<br>C/O JEFFREY R HUNT ESQ - FOR PNG CO<br>525 WILLIAM PENN PLACE STE 3110<br>PITTSBURGH, PA  15219 | Trustee Claim Number:45  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: 2608 |
| **PHILLIPS & COHEN ASSOCIATES, LTD.**<br>1002 JUSTISON STREET<br>WILMINGTON, DE  19801 | Trustee Claim Number:46  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7769 |
| **PORTFOLIO RECOVERY ASSOCIATES LLC**<br>PO BOX 12914<br>NORFOLK, VA  23541 | Trustee Claim Number:47  INT %: 0.00%<br>Court Claim Number:37<br>CLAIM: 2,665.03<br>COMMENT: CAPITAL ONE BANK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5005 |
| **SEVENTH AVENUE**<br>1112 7TH AVE<br>MONROE, WI  53566 | Trustee Claim Number:48  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8570 |
| **PORTFOLIO RECOVERY ASSOCIATES LLC**<br>PO BOX 12914<br>NORFOLK, VA  23541 | Trustee Claim Number:49  INT %: 0.00%<br>Court Claim Number:39<br>CLAIM: 614.74<br>COMMENT: WALMART/SYNCHRONY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6956 |
| **SYNCHRONY BANK**<br>C/O WEINSTEIN & RILEY PS<br>PO BOX 3978<br>SEATTLE, WA  98124-3978 | Trustee Claim Number:50  INT %: 0.00%<br>Court Claim Number:20<br>CLAIM: 1,512.42<br>COMMENT: 9527/SCH*COMENITY CAPITAL BANK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1917 |

| Creditor | Trustee/Court Claim | Cred Desc / Account |
|---|---|---|
| **TD BANK USA NA**\*\*<br>C/O WEINSTEIN & RILEY PS<br>PO BOX 3978<br>SEATTLE, WA  98124 | Trustee Claim Number: 51  INT %: 0.00%<br>Court Claim Number: 21<br>CLAIM: 1,337.80<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7103 |
| **TD BANK USA NA**\*\*<br>C/O WEINSTEIN & RILEY PS<br>PO BOX 3978<br>SEATTLE, WA  98124 | Trustee Claim Number: 52  INT %: 0.00%<br>Court Claim Number: 22<br>CLAIM: 435.66<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1182 |
| **STUBHUB TRUE ACCORD++**<br>303 2ND ST STE 750 SOUTH<br>SAN FRANCISCO, CA  94107 | Trustee Claim Number: 53  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **US DEPARTMENT OF EDUCATION**<br>PO BOX 2837<br>PORTLAND, OR  97208 | Trustee Claim Number: 54  INT %: 0.00%<br>Court Claim Number: 23-3<br>CLAIM: 21,215.57<br>COMMENT: X8581/SCH*AMD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2883 |
| **WEST PENN POWER***<br>ATTN BANKRUPTCY<br>5001 NASA BLVD<br>FAIRMONT, WV  26554 | Trustee Claim Number: 55  INT %: 0.00%<br>Court Claim Number: 26<br>CLAIM: 4,456.03<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8373 |
| **ZOCA LOANS**<br>PO BOX 1147<br>27565 RESEARCH PARK DR<br>MISSION, SD  57555 | Trustee Claim Number: 56  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **SPECIALIZED LOAN SERVICING LLC***<br>6200 S QUEBEC ST<br>GREENWOOD VILLAGE, CO  80111 | Trustee Claim Number: 57  INT %: 0.00%<br>Court Claim Number: 41<br>CLAIM: 12,511.93<br>COMMENT: CL41GOV*$/CL-PL*THRU 4/19*FR DITECH FINANCIAL-DOC 30 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 2836 |
| **MASSEYS**<br>C/O CREDITORS BANKRUPTCY SVC*<br>PO BOX 800849<br>DALLAS, TX  75380 | Trustee Claim Number: 58  INT %: 0.00%<br>Court Claim Number: 12<br>CLAIM: 515.17<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7A2Y |
| **GRB LAW**\*\*<br>C/O JEFFREY R HUNT ESQ - FOR PNG CO<br>525 WILLIAM PENN PLACE STE 3110<br>PITTSBURGH, PA  15219 | Trustee Claim Number: 59  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PEOPLES/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **PEOPLES NATURAL GAS CO LLC***<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br>PITTSBURGH, PA  15212 | Trustee Claim Number: 60  INT %: 0.00%<br>Court Claim Number: 18<br>CLAIM: 2,614.59<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2608 |

| CLAIM RECORDS | | |
|---|---|---|
| **ATLAS ACQUISITIONS LLC - AS ASSIGNEE** | Trustee Claim Number:61  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 492C CEDAR LN STE 442 | Court Claim Number:31 | ACCOUNT NO.: 7056 |
| | CLAIM:  761.40 | |
| TEANECK, NJ  07666 | COMMENT:  NO NUM/SCH*SCH@23*CREDIT ONE BANK/UHG I | |
| **VERIZON BY AMERICAN INFOSOURCE AS AGEN** | Trustee Claim Number:62  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 4457 | Court Claim Number:33 | ACCOUNT NO.: 0002 |
| | CLAIM:  1,482.14 | |
| HOUSTON, TX  77210-4457 | COMMENT:  NT/SCH*OPEN 4/21/11*LAST TRANS 5/6/19 | |
| **UPMC PHYSICIAN SERVICES** | Trustee Claim Number:63  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O DCM SERVICES/BANKRUPTCY | Court Claim Number:34 | ACCOUNT NO.: 2883 |
| PO BOX 1123 | | |
| | CLAIM:  173.03 | |
| MINNEAPOLIS, MN  55440 | COMMENT:  NT/SCH | |
| **CAPITAL ONE AUTO FINANCE - DIV CAPITAL ON** | Trustee Claim Number:64  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O AIS PORTFOLIO SERVICES LP | Court Claim Number:28 | ACCOUNT NO.: 4263 |
| PO BOX 4360 | | |
| | CLAIM:  3,647.10 | |
| HOUSTON, TX  77210 | COMMENT:  NT/SCH*DEFICIENCY | |
| **MIDLAND FUNDING LLC** | Trustee Claim Number:65  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O MIDLAND CREDIT MANAGEMENT INC - AGE | Court Claim Number:13 | ACCOUNT NO.: 5178 |
| PO BOX 2011 | | |
| | CLAIM:  1,048.81 | |
| WARREN, MI  48090 | COMMENT:  NT/SCH*SYNCHRONY/WALMART | |
| **PEOPLES NATURAL GAS CO LLC*** | Trustee Claim Number:66  INT %:  0.00% | CRED DESC:  PRIORITY CREDITOR |
| ATTN BANKRUPTCY DEPARTMENT | Court Claim Number: | ACCOUNT NO.: 4220 |
| 375 NORTH SHORE DR | | |
| | CLAIM:  0.00 | |
| PITTSBURGH, PA  15212 | COMMENT:  PMT/OE-STIP*BGN 5/22 DISB*DKT | |