**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**PITTSBURGH DIVISION**

IN RE:                                                                                                      CASE NO.: 19-21546-CMB
                                                                                                                                                                            CHAPTER 13

**Steven E. Keffer,**
   **Debtor.**

**Julie A. Keffer,**
   **Joint Debtor.**

_____/

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE**

**PLEASE TAKE NOTICE THAT** the undersigned counsel hereby appears on behalf of NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**Robert Shearer, ESQ.**
**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**13010 MORRIS ROAD, SUITE 450**
**ALPHARETTA, GA 30004**

                                                        Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                                        Attorney for Secured Creditor
                                                        130 Clinton Rd #202
                                                        Fairfield, NJ 07004
                                                        Telephone: 470-321-7112
                                                        Facsimile: 404-393-1425

                                                        By: \_/s/Robert Shearer\_
                                                           Robert Shearer, Esquire
                                                           Pennsylvania Bar No. 83745
                                                           Email: rshearer@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 31, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following:

STEVEN E. KEFFER
1355 MAIN ST.
LATROBE, PA 15650

JULIE A. KEFFER
1355 MAIN ST.
LATROBE, PA 15650
LATROBE, PA 15650

And via electronic mail to:

STEIDL & STEINBERG
707 GRANT STREET
28TH FLOOR - GULF TOWER
PITTSBURGH, PA 15219

RONDA J. WINNECOUR
SUITE 3250, USX TOWER
600 GRANT STREET
PITTSBURGH, PA 15219

OFFICE OF THE UNITED STATES TRUSTEE
1000 LIBERTY AVENUE
SUITE 1316
PITTSBURGH, PA 15222

By: /s/Journie Morosky