Certificate Number: 17082-PAW-DE-039830947

Bankruptcy Case Number: 19-21546



17082-PAW-DE-039830947

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 2, 2025, at 5:29 o'clock PM MST, STEVEN E KEFFER completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date: July 2, 2025

By: /s/Orsolya K Lazar

Name: Orsolya K Lazar

Title: Executive Director