Certificate Number: 17082-PAW-DE-039830948

Bankruptcy Case Number: 19-21546



17082-PAW-DE-039830948

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>July 2, 2025</u>, at <u>5:29</u> o'clock <u>PM MST</u>, <u>JULIE A KEFFER</u> completed a course on personal financial management given <u>by internet</u> by <u>Summit Financial Education, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date:  <u>July 2, 2025</u>          By:  <u>/s/Orsolya K Lazar</u>

                                 Name:  <u>Orsolya K Lazar</u>

                                 Title:  <u>Executive Director</u>