**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| STEVEN E. KEFFER | Case No. 19-21546CMB |
| JULIE A. KEFFER | |
| Debtor(s) | Chapter 13 |
| RONDA J. WINNECOUR, | |
| Standing Chapter 13 Trustee, | |
| Movant | Document No __ |
| vs. | |
| CAPITAL ONE AUTO FINANCE - DIV | |
| CAPITAL ONE NA | |
| Respondents | |

**NOTICE OF FUNDS ON RESERVE**

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

The creditor has returned a check from the Trustee. No further payments will be issued on this debt until the creditor satisfactorily explains the returned check and acknowledges that it will accept future payments.

NO EXPLANATION FOR THE REFUND WAS PROVIDED. THE CLAIM WAS NOT AMENDED OR WITHDRAWN.

| | |
|---|---|
| CAPITAL ONE AUTO FINANCE - DIV CAPITAL ONE NA<br>C/O AIS PORTFOLIO SERVICES LP<br>PO BOX 4360<br>HOUSTON, TX 77210 | Court claim# 28/Trustee CID# 64 |

The Movant further certifies that on 08/13/2025 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc: debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

| | |
|---|---|
| DEBTOR(S):<br>STEVEN E. KEFFER, JULIE A. KEFFER, 135 MAIN ST., LATROBE, PA  15650 | DEBTOR'S COUNSEL:<br>ABAGALE E STEIDL ESQ, STEIDL & STEINBERG PC, 436 SEVENTH AVE STE 322, KOPPERS BUILDING, PITTSBURGH, PA  15219 |
| ORIGINAL CREDITOR:<br>CAPITAL ONE AUTO FINANCE - DIV CAPITAL ONE NA, C/O AIS PORTFOLIO SERVICES LP, PO BOX 4360, HOUSTON, TX  77210<br><br>NEW CREDITOR: | :<br>CAPITAL ONE AUTO FINANCE**, C/O AIS PORTFOLIO SERVICES LP, ATTN BANKRUPTCY NOTICES, 4515 N SANTA FE AVE DEPT APS, OKLAHOMA CITY, OK  73118 |