IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | |
| Steven Keffer | ) | Case No. 19-21546 CMB |
| Julie Keffer | ) | |
|     Debtor | ) | Chapter 13 |
| | ) | Document No.  100 |
| Steidl and Steinberg, P.C. | ) | |
|     Applicant | ) | |
| | ) | |
|     vs. | ) | |
| | ) | |
| Office of the U.S. Trustee, Ronda J. Winnecour, | ) | **ENTERED BY DEFAULT** |
| Trustee, | ) | |
|     Respondents | ) | |

**<u>ORDER OF COURT</u>**

AND NOW, to-wit this ___17th___ day of ___March___, 2026, after consideration of

the Application for Final Compensation by Counsel for Debtor it is hereby ORDERED,

ADJUDGED and DECREED that:

1.  The Application for Final Compensation is approved in the additional amount of $5,180.00 for

    work performed in the Chapter 13 case by Debtors' counsel from March 1, 2019, to February 23,

    2026.

2.  The Debtor paid their counsel for administrative costs and expenses totaling $500.00 (which

    included the court filing fee of $310.00) prior to case filing.  Expenses reimbursement of $0.00 is

    being requested here.

3.  Before the approval of this Fee Application, the Debtor's counsel was paid a $600.00

    retainer prior to filing and has been paid, or is approved (in prior plan(s)) to be paid, $3,400.00 by

    the Chapter 13 Trustee. With the approval of this Fee Application, the total amount of allowed

    fees in this case for Debtor's counsel is $9,180.00, with the total to be paid through the Plan by

    the Trustee being up to $8,580.00 (representing the $3,400.00 previously approved to be paid (as

    set forth above), $5,000.00 approved as part of the most recently entered confirmation Order, and

    a remaining amount up to $180.00 to be paid from any funds the Chapter 13 Trustee may have on

    hand after the goals of the plan are achieved but before a Debtor Refund is issued,

4.  The fees requested will not decrease the amount to be paid to other creditors being paid through

the Chapter 13 Plan;

5.  The clerk shall record the total compensation as $5,180.00.

Hon. Carlota M. Bohm
United States Bankruptcy Judge

Additional fees may be paid through the Chapter 13 plan
provided that debtor(s) amend the plan within 14 days
after the application for fees is allowed to increase the
plan payment sufficiently to include those fees. The fees
must be paid from debtor(s) resources without decreasing
the percentage or amount to be paid to other creditors
through the plan.

FILED
3/17/26 8:35 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-21546-CMB |
| Steven E. Keffer | Chapter 13 |
| Julie A. Keffer | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Mar 17, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol        Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
               regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 19, 2026:**

**Recip ID                     Recipient Name and Address**
db/jdb              +   Steven E. Keffer, Julie A. Keffer, 1355 Main St., Latrobe, PA 15650-2261

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 19, 2026                          Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 17, 2026 at the address(es) listed below:**

**Name                          Email Address**

Abagale E. Steidl
                              on behalf of Debtor Steven E. Keffer asteidl@steidl-steinberg.com
                              julie.steidl@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@
                              steidl-steinberg.com;bwilhelm@steidl-steinberg.com

Abagale E. Steidl
                              on behalf of Joint Debtor Julie A. Keffer asteidl@steidl-steinberg.com
                              julie.steidl@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@
                              steidl-steinberg.com;bwilhelm@steidl-steinberg.com

Denise Carlon
                              on behalf of Creditor Ditech Financial  LLC dcarlon@kmllawgroup.com

Jeffrey Hunt
                              on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

District/off: 0315-2                              User: auto                                    Page 2 of 2
Date Rcvd: Mar 17, 2026                          Form ID: pdf900                               Total Noticed: 1

Jordan Matthew Katz
                    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing jkatz@raslg.com

Michelle L. McGowan
                    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing mimcgowan@raslg.com

Office of the United States Trustee
                    ustpregion03.pi.ecf@usdoj.gov

Robert Shearer
                    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing rshearer@raslg.com

Ronda J. Winnecour
                    cmecf@chapter13trusteewdpa.com

S. James Wallace
                    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com


TOTAL: 10